# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION |
| | ) | |
| v. | ) | No. 06-2040-KHV |
| | ) | |
| LOUIS NOVELLO, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## ORDER

The United States of America brought this action to reduce to judgment federal tax assessments against Louis Novello and others and to foreclose tax liens on certain property in Wyandotte County, Kansas.

On June 14, 2006, the Court ordered Novello to show cause in writing on or before June 28, 2006, why the Clerk should not enter default under Fed. R. Civ. P. 55(a) for failure to answer or otherwise defend within the time prescribed by the Court.  See Order To Show Cause (Doc. #18).  Novello has not responded to the show cause order.

**IT IS THEREFORE ORDERED**  that the Clerk enter default against Louis Novello under Fed. R. Civ. P. 55(a) for failure to answer or otherwise defend within the time prescribed by the Court.

Dated this 17th day of July, 2006 at Kansas City, Kansas.

s/ Kathryn H. Vratil
Kathryn H. Vratil
United States District Judge