IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 06-2040-KHV |
| ) | |
| LOUIS M. NOVELLO, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

Pursuant to Fed. R. Civ. P. 15(a), this case comes before the court on the motion of plaintiff to amend its complaint **(doc. 29)**. Defendants have not filed a response.

Leave to amend should be "freely given when justice so requires." Fed. R. Civ. P. 15(a). Further, D. Kan. Rule 7.4 provides:

> If a respondent fails to file a response within the time required by Rule 6.1(d), the motion will be considered and decided as an uncontested motion, and ordinarily will be granted without further notice.

The court considers the instant motion unopposed.

In consideration of the foregoing,

IT IS HEREBY ORDERED:

1. The above-referenced motion **(doc. 29)** is granted.

2. Plaintiff's amended complaint shall be filed and served within 11 days from the date of the filing of this order.

3. Copies of this order shall be served on all counsel of record.

Dated this 10th day of October, 2006, at Kansas City, Kansas.

    s/ James P. O'Hara    
James P. O'Hara
U.S. Magistrate Judge